1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12ᵗʰ Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant ENRICO JONES

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,                )
12                                           )    No.   CR 03-40117 DLJ
                        Plaintiff,           )          CR 08-00382 DLJ
13                                           )
14              v.                           )    STIPULATION AND
                                             )    ORDER CONTINUING CHANGE OF
15                                           )    PLEA, REVOCATION AND
    ENRICO JONES,                            )    SENTENCING DATE
16                                           )
                        Defendant.           )
17  _____ )

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

19  plea, revocation and sentencing date in this case, currently scheduled for Friday, July 11, 2008,

20  before Honorable D. Lowell Jensen, may be continued to Monday, July 14, 2008, at 1:30 p.m.  The

21  reason for the request is that defense counsel will be unavailable on July 11, 2008 and would like to

22  be present during the change of plea, revocation and sentencing.  The parties have agreed upon an

23  agreement which will be entered into in accordance with Rule 11(c)(1)(C) which will be submitted

24  to the Court.  In addition, counsel has spoken with United States Probation Officer Karen Mar who

25
26  is available on Monday at 1:30 p.m. should the Court continue the matter until that time.  The parties

1  stipulate that the time from July 11, 2008, to July 14, 2008, should be excluded in accordance with

2  the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel.

3                                                          /S/

4  DATED: July 8, 2005                    _____

5                                                    JOYCE LEAVITT
                                                     Assistant Federal Public Defender
6

7                                                          /S/

8  DATED: July 8, 2005                    _____

9                                                    W. DOUGLAS SPRAGUE
                                                     Assistant United States Attorney
10

11        I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature "/s/" within this e-filed document.
12

13                                          **ORDER**

14        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation

15  and sentencing date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D.

16  Lowell Jensen, may be continued to Monday, July 14, 2008, at 1:30 p.m.

17        IT IS FURTHER ORDERED that the time from July 11, 2008, to July 14, 2008, be excluded in

18  accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of

19  counsel.

20

21        SO ORDERED.

22

23  DATED: July 9, 2008                    _____

24                                                    HONORABLE D. LOWELL JENSEN
                                                     United States District Judge
25

26

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date            - 2 -