1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 (510) 637-3500

5 Counsel for Defendant ENRICO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.   CR 03-40117 DLJ |
| Plaintiff, | ) | CR 08-00382 DLJ |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA, REVOCATION AND |
| ENRICO JONES, | ) | SENTENCING DATE |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea, revocation and sentencing date in this case, currently scheduled for Friday, August 8, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 29, 2008, at 9:00 a.m. Defense counsel is continuing to discuss a global resolution with a pending San Francisco case which involves the same transaction.  The San Francisco district attorney's office has agreed to run the sentence in its case concurrent, but an agreement has not yet been provided.  Mr. Jones is hopeful that should the Court continue the matter to August 29, 2008, it should be enough time to resolve all matters.  The parties stipulate that the time from August 8, 2008, to August 29, 2008, should be

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date         - 1 -

excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 8/7/08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/7/08

/S/
_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation and sentencing date in this case may be continued to **Friday, August 29, 2008, at 9:00 a.m.**

IT IS FURTHER ORDERED that the time from August 8, 2008, to August 29, 2008, be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to complete a global resolution of the matter. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

1  SO ORDERED.

3  DATED:     August 7, 2008

   _____
4  HONORABLE D. LOWELL JENSEN
   United States District Judge

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR 08-00382 DLJ: Stip. Continuing Court Date                - 3 -